UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LEVI STOKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:22-cv-00202-JAW |
| | ) |
| MVCF CORRECTIONAL FACILITY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 19, 2022 (ECF No. 8), the Court accepts the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. The Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

Accordingly, it is ORDERED that the Recommended Decision (ECF No. 8) of the Magistrate Judge is AFFIRMED and the Court DISMISSES the Plaintiff's Complaint without prejudice.

SO ORDERED.

                                              <u>/s/ John A. Woodcock, Jr.</u>
                                              JOHN A. WOODCOCK, JR.
                                              UNITED STATES DISTRICT JUDGE

Dated this 14th day of October, 2022